Opinion by Johnson, J.   In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the claim of the plaintiffs was sustained.

**No. 58904.**—J. W. Hampton, Jr., & Co. of Phila. v. United States, protest 229018–K (Philadelphia).

Opinion by Johnson, J.   In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the claim of the plaintiff was sustained.

March 28, 1955

**No. 58905.**—Suit 4808.—Atalanta Trading Corp. v. United States.—C. D. 1574 affirmed December 21, 1954.   C. A. D. 577.

March 29, 1955

**No. 58906.**—Suit 4799.—Carey & Skinner, Inc. v. United States.—57543 affirmed November 9, 1954.   C. A. D. 576.

Before the First Division, April 4, 1955

**No. 58907.**—Herzig & Hart, Inc. v. United States, protests 481362–G, etc. (New York).

Opinion by Oliver, C. J.   In accordance with stipulation of counsel that the merchandise consists of lambskin plates the same in all material respects as those the subject of *A. S. Gold & Bro., Inc.* v. *United States* (33 Cust. Ct. 120, C. D. 1643), the claim for free entry under paragraph 1681 was sustained.

Ford, J., concurred.

Mollison, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1643, *supra.*

**No. 58908.**—Max Wulfsohn, Inc. v. United States, protests 633307–G, etc. (New York).